# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-367-941

**Effective Date of Registration:**
September 28, 2023
**Registration Decision Date:**
October 26, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** July 10, 2023 to July 10, 2023

## Title

| | |
|---|---|
| **Title of Group:** | Pink long dress |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | Pink long dress001, Pink long dress002, Pink long dress003, Pink long dress004, Pink long dress005, Pink long dress006, Pink long dress007, Pink long dress008, Pink long dress009 |
| **Published:** | July 2023 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | July 10, 2023 |
| **Latest Publication Date in Group:** | July 10, 2023 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | POPILUSH,LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

Page 1 of 2

| | |
|---|---|
| **Copyright Claimant:** | POPILUSH,LLC |
| | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, Williamsburg |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | POPILUSH,LLC |
| **Address:** | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239 |
| | WILLIAMSBURG, VA 23185-6239 United States |

## Certification

| | |
|---|---|
| **Name:** | Rongqing XU |
| **Date:** | September 28, 2023 |
| **Applicant's Tracking Number:** | 9 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |















# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-369-581

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
November 06, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 08, 2023 to July 08, 2023

## Title

| | |
|---|---|
| **Title of Group:** | Shapewear dress |
| **Number of Photographs in Group:** | 11 |
| • **Individual Photographs:** | Shapewear dress001 |
| | Shapewear dress002 |
| | Shapewear dress003 |
| | Shapewear dress004 |
| | Shapewear dress005 |
| | Shapewear dress006 |
| | Shapewear dress007 |
| | Shapewear dress008 |
| | Shapewear dress009 |
| | Shapewear dress010 |
| | Shapewear dress011 |
| **Published:** | July 2023 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | July 08, 2023 |
| **Latest Publication Date in Group:** | July 08, 2023 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | POPILUSH,LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

Page 1 of 2

## Copyright Claimant

    **Copyright Claimant:** POPILUSH,LLC
                             1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, United States

## Rights and Permissions

    **Organization Name:** POPILUSH,LLC
           **Address:** 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239
                       WILLIAMSBURG, VA 23185-6239 United States

## Certification

    **Name:** RongqingXU
    **Date**: September 27, 2023

    **Correspondence:** Yes
    **Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





















# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-608

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
November 14, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** October 21, 2022 to October 21, 2022

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Lace bodysuit |
| **Number of Photographs in Group:** | 25 |

- **Individual Photographs:** Lace bodysuit001,
  Lace bodysuit002,
  Lace bodysuit003,
  Lace bodysuit004,
  Lace bodysuit005,
  Lace bodysuit006,
  Lace bodysuit007,
  Lace bodysuit008,
  Lace bodysuit009,
  Lace bodysuit010,
  Lace bodysuit011,
  Lace bodysuit012,
  Lace bodysuit013,
  Lace bodysuit014,
  Lace bodysuit015,
  Lace bodysuit016,
  Lace bodysuit017,
  Lace bodysuit018,
  Lace bodysuit019,
  Lace bodysuit020,
  Lace bodysuit021,
  Lace bodysuit022,
  Lace bodysuit023,
  Lace bodysuit024,
  Lace bodysuit025

**Published:** October 2022

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | October 21, 2022 |
| **Latest Publication Date in Group:** | October 21, 2022 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | POPILUSH,LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | POPILUSH,LLC |
| | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, Williamsburg, VA, 23185, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | POPILUSH,LLC |
| **Name:** | Rongqing Xu |
| **Email:** | legal@hexincorp.com |
| **Telephone:** | +8617759205973 |
| **Address:** | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239 WILLIAMSBURG, VA 23185 United States |

## Certification

| | |
|---|---|
| **Name:** | RongqingXu |
| **Date:** | November 10, 2023 |

---

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |









































# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-617

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
November 14, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   December 29, 2022 to December 29, 2022

## Title

| | |
|---|---|
| **Title of Group:** | Black long-sleeved dress |
| **Number of Photographs in Group:** | 9 |
| • **Individual Photographs:** | Black long-sleeved dress001,
Black long-sleeved dress002,
Black long-sleeved dress003,
Black long-sleeved dress004,
Black long-sleeved dress005,
Black long-sleeved dress006,
Black long-sleeved dress007,
Black long-sleeved dress008,
Black long-sleeved dress009 |
| **Published:** | December 2022 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | December 29, 2022 |
| **Latest Publication Date in Group:** | December 29, 2022 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | POPILUSH,LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | POPILUSH,LLC |
| | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, Williamsburg, VA, 23185, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | POPILUSH,LLC |
| **Name:** | Rongqing Xu |
| **Email:** | legal@hexincorp.com |
| **Telephone:** | +8617759205973 |
| **Address:** | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239 WILLIAMSBURG, VA 23185 United States |

## Certification

| | |
|---|---|
| **Name:** | RongqingXu |
| **Date:** | November 10, 2023 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

















# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-723

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
December 12, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: July 08, 2023 to July 08, 2023

### Title _____

| | |
|---|---|
| **Title of Group:** | Sling shaped long skirt |
| **Number of Photographs in Group:** | 10 |

- **Individual Photographs:** Sling shaped long skirt001,
  Sling shaped long skirt002,
  Sling shaped long skirt003,
  Sling shaped long skirt004,
  Sling shaped long skirt005,
  Sling shaped long skirt006,
  Sling shaped long skirt007,
  Sling shaped long skirt008,
  Sling shaped long skirt009,
  Sling shaped long skirt010

**Published:** July 2023

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | July 08, 2023 |
| **Latest Publication Date in Group:** | July 08, 2023 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| **Author:** | POPILUSH,LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant _____

Page 1 of 2

| | |
|---|---|
| **Copyright Claimant:** | POPILUSH,LLC<br>1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, Williamsburg,<br>VA, 23185, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | POPILUSH,LLC |
| **Name:** | Rongqing Xu |
| **Email:** | legal@hexincorp.com |
| **Telephone:** | +8617759205973 |
| **Address:** | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239<br>WILLIAMSBURG, VA 23185 United States |

## Certification

| | |
|---|---|
| **Name:** | RongqingXu |
| **Date:** | November 10, 2023 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |





















# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-159

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
December 14, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   September 21, 2023 to September 21, 2023

### Title
_____

**Title of Group:** long-sleeved dress A
**Number of Photographs in Group:** 20

- **Individual Photographs:**   long-sleeved dress A001,
  long-sleeved dress A002,
  long-sleeved dress A003,
  long-sleeved dress A004,
  long-sleeved dress A005,
  long-sleeved dress A006,
  long-sleeved dress A007,
  long-sleeved dress A008,
  long-sleeved dress A009,
  long-sleeved dress A010,
  long-sleeved dress A011,
  long-sleeved dress A012,
  long-sleeved dress A013,
  long-sleeved dress A014,
  long-sleeved dress A015,
  long-sleeved dress A016,
  long-sleeved dress A017,
  long-sleeved dress A018,
  long-sleeved dress A019,
  long-sleeved dress A020

**Published:** September 2023

### Completion/Publication
_____

**Year of Completion:** 2022
**Earliest Publication Date in Group:** September 21, 2023
**Latest Publication Date in Group:** September 21, 2023
**Nation of First Publication:** United States

## Author _____

|  |  |
|---|---|
| • **Author:** | popilush,llc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

**Copyright Claimant:** popilush,llc
1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239,
WILLIAMSBURG, VA, 23185, United States

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | POPILUSH,LLC |
| **Name:** | Rongqing Xu |
| **Email:** | legal@hexincorp.com |
| **Telephone:** | +8617759205973 |
| **Address:** | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239 |
| | WILLIAMSBURG, VA 23185 United States |

## Certification _____

| | |
|---|---|
| **Name:** | RongqingXu |
| **Date**: | November 10, 2023 |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.









































# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-375-189**

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
December 14, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 21, 2023 to September 21, 2023

### Title _____

|  |  |
|---|---|
| **Title of Group:** | long-sleeved dress B |
| **Number of Photographs in Group:** | 16 |

- **Individual Photographs:** long-sleeved dress B001,
long-sleeved dress B002,
long-sleeved dress B003,
long-sleeved dress B004,
long-sleeved dress B005,
long-sleeved dress B006,
long-sleeved dress B007,
long-sleeved dress B008,
long-sleeved dress B009,
long-sleeved dress B010,
long-sleeved dress B011,
long-sleeved dress B012,
long-sleeved dress B013,
long-sleeved dress B014,
long-sleeved dress B015,
long-sleeved dress B016

**Published:** September 2023

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | September 21, 2023 |
| **Latest Publication Date in Group:** | September 21, 2023 |
| **Nation of First Publication:** | United States |

### Author _____

Page 1 of 2

|   |   |
|---|---|
| • **Author:** | popilush,llc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | popilush,llc |
| | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239, |
| | WILLIAMSBURG, VA, 23185, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | POPILUSH,LLC |
| **Name:** | Rongqing Xu |
| **Email:** | legal@hexincorp.com |
| **Telephone:** | +8617759205973 |
| **Address:** | 1715 ENDEAVOR DR WILLIAMSBURG, VA 23185-6239 |
| | WILLIAMSBURG, VA 23185 United States |

## Certification

| | |
|---|---|
| **Name:** | RongqingXu |
| **Date:** | November 10, 2023 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |































